SPRING 1811.
First District.

ROBINSON
vs.
DRURY.

*Smith* for the plaintiff. The defendant was not necessarily bound to file a new answer, and if he forebore doing so, the plaintiff might consider the former answer as an answer to the amended petition.

*By the Court.* When the plaintiff withdraws his petition for amendment, the pleadings, on the return of it, must be made anew, and if the defendant attempts to delay the plaintiff improperly, he is to be quickened by the same means as in the beginning of the suit.

LEAVE TO ANSWER.

---

## *ROBINSON* vs. *DRURY.*

Defendant by answering waves irregularity in the attachment.

ATTACHMENT levied on a quantity of oil of *palma christi.* The defendant put in an answer.

WHEN the jurors were called to the book, a claim to the oil was put in by a third person.

*Depeyster* for the defendant, prayed that the jury might not be sworn, because it was going to be proven that the property attached did not belong to the defendant ; so that, as he was not properly in, the court could not have jurisdiction of the case.

*By the Court,* MARTIN, *J. alone.* The defendant, by filing his answer, and putting the cause at issue, has admitted that he was properly brought in, and given jurisdiction to the court.

JURY SWORN.